IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAYMOND CLAUDIO                  :
                                 :
                                 :
                                 :
V.                               :   C.A. NO. 02-4628
                                 :
                                 :
                                 :
SUPERINTENDENT STICKMAN          :

WEINER, J.                                August 22, 2002

## **ORDER**

The request of petitioner to hold this matter in abeyance is GRANTED.

The petition of Raymond Claudio for writ of habeas corpus is DISMISSED without prejudice and with leave to reinstate. The statute of limitation is tolled. Petition need not file a new petition, but rather advise the court by letter of his wish to proceed.

The Clerk is DIRECTED to mark this case closed.

IT IS SO ORDERED.

_____
CHARLES R. WEINER