IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAYMOND CLAUDIO : 
:
:
:
V. : C.A.NO. 02-4628
:
:
:
SUPERINTENDENT :

WEINER, J.                                            October 10, 2002

## ORDER

The Clerk of Court is DIRECTED to enter this action on the docket and mail copies of the petition for habeas corpus to the District Attorney of Bucks County.

The District Attorney of Bucks County is ORDERED to file a responsive pleading within thirty days of service, along with a complete copy of petitioner's state court records.

IT IS SO ORDERED.

_____
CHARLES R. WEINER