IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAYMOND CLAUDIO            :
                           :
                           :
                           :
                           :
    V.                     :     C.A. NO. 02-4628
                           :
                           :
                           :
SUPERINTENDENT, ET AL.     :

WEINER, J.                              December 10, 2002

## **ORDER**

The request of plaintiff for extension of time of ten days to respond to respondents' answer (Docket entry 7) is GRANTED.

IT IS SO ORDERED.

_____
CHARLES R. WEINER