IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAYMOND CLAUDIO              :
                             :
                             :
                             :
                             :
    V.                       :         C.A. NO. 02-4628
                             :
                             :
                             :
SUPERINTENDENT, ET AL.       :

WEINER, J.                                      May 9, 2003

## ORDER

The motion of petitioner to forward copy of record (#16) is GRANTED.

The Clerk of Court is DIRECTED to make and forward to petitioner one copy of the record transmitted from the Court of Common Pleas.

The motion of petitioner for extension of time (#12) is GRANTED. Petitioner may file one additional pleading within thirty days.

IT IS SO ORDERED.

_____
CHARLES R. WEINER