IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAYMOND CLAUDIO

    VS.                                                         C.A. NO. 02-4628

SUPERINTENDENT STICKMAN, ET AL.

_____ORDER

    The motion of the plaintiff to compel (Doc. #19) is DENIED as moot.

    IT IS SO ORDERED.


_____
    CHARLES R. WEINER